IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSE LUIS HERNANDEZ, Movant, v. UNITED STATES OF AMERICA, Respondent. | CRIMINAL CASE NO. 1:11-cr-51-JEC-GGB CIVIL ACTION FILE NO. 1:12-cv-235-JEC |

## **ORDER**

This case is before the Court on the Magistrate Judge's Final Report and Recommendation [50] recommending denying movant's Motion to Vacate Sentence [24] and denying as moot movant's Motion for Summary Judgment [35]. No objections to the Report and Recommendation [50] have been filed. The Court has reviewed the Final Report and Recommendation [50] on the merits and finds the magistrate judge's conclusions to be well-founded.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [50] **DENYING** movant's Motion to Vacate Sentence [24] and **DENYING as moot** movant's Motion for Summary Judgment [35]. It is further Ordered that a certificate of appealability is **DENIED.**

SO ORDERED, this 9th day of JANUARY, 2013.


                                <u>/s/ Julie E. Carnes</u>
                                JULIE E. CARNES
                                CHIEF U.S. DISTRICT JUDGE